# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: HUGHES, MARY F § | Case No. 11-10705 |
| § | |
| AGENCY, MFH § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 22, 2011.  The undersigned trustee was appointed on February 22, 2011.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of    $ 72,500.16

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,435.61 |
| Bank service fees | 2,347.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 66,716.86 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/19/2011 and the deadline for filing governmental claims was 08/21/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,571.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,571.56, for a total compensation of $6,571.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $831.49, for total expenses of $831.49.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/16/2016     By: /s/Clarke C. Coll
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-10705 | | Trustee: | (510150) Clarke C. Coll |
|---|---|---|---|---|
| Case Name: | HUGHES, MARY F | | Filed (f) or Converted (c): | 02/22/11 (f) |
| | | | §341(a) Meeting Date: | 04/19/11 |
| Period Ending: | 02/16/16 | | Claims Bar Date: | 08/19/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property # 4 000 769 810 001, SECTION-30 TOWNSHI | 45,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Lea County State Bank | 1,492.00 | 0.00 | | 0.00 | FA |
| 4 | Lea County State Bank | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Vanity w/mirror, 2-TV stands w/storage, 19' | 3,775.00 | 0.00 | | 0.00 | FA |
| 6 | 1986 Liberty $1.00 and 0.50 silver proof coins | 1.50 | 0.00 | | 0.00 | FA |
| 7 | Cloths for family of 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | (4) Gold Wedding Bands 3 w/Diamonds | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Prudential Ins. # 31672908 | 6,507.22 | 0.00 | | 0.00 | FA |
| 10 | ING Annuities | 27,120.55 | 0.00 | | 0.00 | FA |
| 11 | 2005 Toyota Camry | 7,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 Chev Equinox | 9,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 GMC Sierra Pick-Up | 18,000.00 | 0.00 | | 0.00 | FA |
| 14 | Personal Loan to Randy Atwood/ A/R (u) (See Footnote) | 84,380.93 | 77,637.13 | | 72,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 15 | Assets Totals (Excluding unknown values) | $202,827.20 | $77,637.13 | | $72,500.16 | $0.00 |

RE PROP# 14   Debtor did not list a note receiveable and after questioning at 341 meeting and investigation asset
determined. Asset consist of personal laon from debtor to Mr. Atwood in the Original amount amount
of approximately $84,000.00. After request Trustee received copy of Note and amortization schedule.
Note is unsecured. Debtor amended scedules on 4/29/11 to include note and place a value on the
note of $84,380.93 in the amended filing. Trustee determined that payments had been made on the
note and principal balance on the note at filing was $78,472.90 but two post-petition payments were
made to debtor and the note balance was $77,637.13 upon Trustee receiving payments.

**Major Activities Affecting Case Closing:**

On January 4, 2016 Trustee held conference with the payor of the compromise and he advise thatt final payment will be made on January 11 and upon receipt of final
compromise payment, Trustee will pursue TFR. December 2, 2015 Attorney fee app filed and once admin approved and paid, Trustee to pursue TFR in January 2016.
June-November 2015 Trustee worked to close and collect payments on compromise. June 2015 Trustee working with party to close transaction on Note; April 2015,

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-10705 | | Trustee: | (510150) | Clarke C. Coll |
| Case Name: | HUGHES, MARY F | | Filed (f) or Converted (c): | 02/22/11 (f) | |
| | | | §341(a) Meeting Date: | 04/19/11 | |
| Period Ending: | 02/16/16 | | Claims Bar Date: | 08/19/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Order entered approving compromise on promissory note and this will close Mid June and then Trustee will work with accountant on tax matters and filings if necessary and move forward with TFR thereafter. April, 2015-Trustee working to employ accountant. 3.26.2015 Filed Motion to Aprove Settlement and Noticed out for Objections etc. 3.23.2015 Prepared Settlement Agreement. 3.16.2015 Trustee received offer from payor, Randy Atwood to compromise or purchase the remaining balance of the note and a discount and Trustee will review and consider. 2.6.15 Trustee spoke with Mr. Atwood and in March he wil make offer to payoff note for discounted amount. Trustee will accept if the amount is sufficient to pay all costs of administration and unsecured creditors in full. 12/14 2014, Atwood remains current, paying $1000.00 per month and Trustee cannot sell balance of note since totally unsecured. 3/14 Atwood remains current on monthly note payments. 2/14 Randy Atwood updated address; 3/15/2012 Note pyaments remain current and payor is not in position to payoff or offer discount but could perhaps do something by end of 2012, Trustee looking for other offers but difficult to find a buyer since this is an unsecured note. 9.13.11 Mr Atwood cured default and paid current and additional toward principle. 8.16.11 Trustee sent demand letter because payment delinquent and Atwood contacted to arrange cure. 6.10.11 T/conf with Mr Atwood and all future payments made to estate. 5.25.11 Letter to Payor demanding future payments to estate. Trustee filed Application to Employ Counsel for Trustee 5.25.11. Order Permitting Employment of Counsel for Trustee entered by the Court 5.26.11. Debtor did not list a note receiveable and after questioning at 341 meeting and investigation asset determined. Asset consist of personal laon from debtor to Mr. Atwood in the amount of approximately $84,000.00. After request Trustee received copy of Note and amortization schedule. Note is unsecured. Trustee preparing amortization schedule.

| **Initial Projected Date Of Final Report (TFR):** | June 1, 2012 | **Current Projected Date Of Final Report (TFR):** | January 15, 2016 (Actual) |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-10705 | | Trustee: | Clarke C. Coll (510150) |
|---|---|---|---|---|
| Case Name: | HUGHES, MARY F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******09-65 - Checking Account |
| Taxpayer ID #: | **-***5282 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 02/16/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/11 | {14} | Randy Atwood | Deposited in incorrect case 11-11238 and Bank corrected to credit this case with deposit | 1221-000 | 1,000.00 | | 1,000.00 |
| 08/17/11 | {14} | Randy Atwood | Note Payment Partial July, 2011 | 1221-000 | 500.00 | | 1,500.00 |
| 08/17/11 | {14} | Randy Atwood | Note Payment-Balance due for July, 2011 | 1221-000 | 500.00 | | 2,000.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 09/13/11 | {14} | Randy Atwood | August and September Note payments | 1221-000 | 2,500.00 | | 4,475.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,475.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,450.01 |
| 10/18/11 | {14} | Randy Atwood | October note payment | 1221-000 | 500.00 | | 4,950.01 |
| 10/18/11 | {14} | Randy Atwood | October note payment | 1221-000 | 500.00 | | 5,450.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,450.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,425.04 |
| 11/22/11 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/22/2011 FOR CASE #11-10705 | 2300-000 | | 12.07 | 5,412.97 |
| 11/23/11 | {14} | Randy Atwood | Note payment by 4 separate MO for $250 each--102201866822-$250: 104401866833-$250; 104401866844-$250; 104401866855-$250; | 1221-000 | 1,000.00 | | 6,412.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,413.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,388.00 |
| 12/19/11 | {14} | Randy Atwood | Two separate MO's for $500 each: Check # C-0123006216 and C-0123006217 | 1221-000 | 1,000.00 | | 7,388.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,388.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,363.04 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,363.09 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,338.09 |
| 02/10/12 | {14} | Randy Atwood | 4 saparate Money orders:for $500 each:~C-0079018514~C-0079018515~C-0079018516~C-0079017517~ | 1221-000 | 2,000.00 | | 9,338.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,313.09 |
| 03/09/12 | {14} | Randy Atwood | 2-$500 Money Orders C-0183007118 & C0183007119 | 1221-000 | 1,000.00 | | 10,313.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,288.09 |
| 04/10/12 | {14} | Randy Atwood | 2-MOs for $500 each -MO#79019664 & 79019665 | 1221-000 | 1,000.00 | | 11,288.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,263.09 |
| 05/10/12 | {14} | Randy Atwood | 2 MO for $500 each | 1221-000 | 1,000.00 | | 12,263.09 |

Subtotals : $12,500.16 $237.07

{} Asset reference(s) Printed: 02/16/2016 08:21 AM V.13.25

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-10705 | | Trustee: | Clarke C. Coll (510150) |
|---|---|---|---|---|
| Case Name: | HUGHES, MARY F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******09-65 - Checking Account |
| Taxpayer ID #: | **-***5282 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 02/16/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.75 | 12,236.34 |
| 06/12/12 | {14} | Randy Atwood | 2 separate money orders for $500.00 each | 1221-000 | 1,000.00 | | 13,236.34 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.26 | 13,211.08 |
| 07/11/12 | {14} | Randy Atwood | 2-$500.00 Money orders | 1221-000 | 1,000.00 | | 14,211.08 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.17 | 14,180.91 |
| 08/14/12 | {14} | Randy Atwood | two mo's for $500 each | 1221-000 | 1,000.00 | | 15,180.91 |
| 08/14/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2012 FOR CASE #11-10705, Pro rata Blanket Bond Premium | 2300-000 | | 12.12 | 15,168.79 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.11 | 15,137.68 |
| 09/12/12 | {14} | Randy Atwood | Two MO's for $500 each~C-0079022024 and C-0079022025 | 1221-000 | 1,000.00 | | 16,137.68 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.97 | 16,107.71 |
| 10/11/12 | {14} | Randy Atwood | Two MO's for $500 each | 1221-000 | 1,000.00 | | 17,107.71 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.60 | 17,070.11 |
| 11/14/12 | {14} | Randy Atwood | Two MO's for $500 each | 1221-000 | 1,000.00 | | 18,070.11 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.00 | 18,034.11 |
| 12/21/12 | {14} | Randy Atwood | Two MO's for $500 each | 1221-000 | 1,000.00 | | 19,034.11 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001051015088 20121227 | 9999-000 | | 19,034.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,500.16 | 19,500.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,034.11 | |
| | | | Subtotal | | 19,500.16 | 466.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,500.16 | $466.05 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

Case Number: 11-10705
Case Name: HUGHES, MARY F
Taxpayer ID #: **-***5282
Period Ending: 02/16/16

Trustee: Clarke C. Coll (510150)
Bank Name: Rabobank, N.A.
Account: ******3365 - Checking Account
Blanket Bond: $1,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,034.11 | | 19,034.11 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.33 | 19,009.78 |
| 01/14/13 | {14} | Randy Atwood | Two separate MOs for $500 each | 1221-000 | 1,000.00 | | 20,009.78 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.83 | 19,978.95 |
| 02/11/13 | {14} | Randy Atwood | Two Saparate MOs for $500 each | 1221-000 | 1,000.00 | | 20,978.95 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.58 | 20,951.37 |
| 03/14/13 | {14} | Randy Atwood | Two Separate MO for $500 each | 1221-000 | 1,000.00 | | 21,951.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.80 | 21,921.57 |
| 04/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 22,421.57 |
| 04/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 22,921.57 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.35 | 22,887.22 |
| 05/20/13 | {14} | Randy Atwood | Note payment | 1221-000 | 500.00 | | 23,387.22 |
| 05/20/13 | {14} | Randy Atwood | Note payment | 1221-000 | 500.00 | | 23,887.22 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.49 | 23,852.73 |
| 06/10/13 | {14} | Randy Atwood | Note payment | 1221-000 | 500.00 | | 24,352.73 |
| 06/10/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 24,852.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.83 | 24,819.90 |
| 07/15/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 25,319.90 |
| 07/15/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 25,819.90 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.98 | 25,779.92 |
| 08/05/13 | 11003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2013 FOR CASE #11-10705 | 2300-000 | | 24.56 | 25,755.36 |
| 08/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 26,255.36 |
| 08/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 26,755.36 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.87 | 26,717.49 |
| 09/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 27,217.49 |
| 09/12/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 27,717.49 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.86 | 27,679.63 |
| 10/13/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 28,179.63 |
| 10/13/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 28,679.63 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.51 | 28,635.12 |
| 11/13/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 29,135.12 |
| 11/13/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 29,635.12 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.11 | 29,596.01 |
| 12/16/13 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 30,096.01 |

Subtotals: $30,534.11 $438.10

{} Asset reference(s)                                                Printed: 02/16/2016 08:21 AM V.13.25

Case 11-10705-t7    Doc 54    Filed 02/16/16    Entered 02/16/16 11:31:24 Page 7 of 15

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-10705 | | Trustee: | Clarke C. Coll (510150) |
|---|---|---|---|---|
| Case Name: | HUGHES, MARY F | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3365 - Checking Account |
| Taxpayer ID #: | **-***5282 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 02/16/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/13 | {14} | Randy Atwood | Note payment | 1221-000 | 500.00 | | 30,596.01 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.49 | 30,548.52 |
| 01/14/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 31,048.52 |
| 01/14/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 31,548.52 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.17 | 31,502.35 |
| 02/13/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 32,002.35 |
| 02/13/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 32,502.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.96 | 32,459.39 |
| 03/12/14 | {14} | Randy Atwood | Note payment | 1221-000 | 250.00 | | 32,709.39 |
| 03/12/14 | {14} | Randy Atwood | Note payment | 1221-000 | 250.00 | | 32,959.39 |
| 03/12/14 | {14} | Randy Atwood | Note payment | 1221-000 | 250.00 | | 33,209.39 |
| 03/12/14 | {14} | Randy Atwood | Note payment | 1221-000 | 250.00 | | 33,459.39 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.89 | 33,413.50 |
| 04/04/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 1,000.00 | | 34,413.50 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.37 | 34,361.13 |
| 05/12/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 34,611.13 |
| 05/12/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 34,861.13 |
| 05/12/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 35,111.13 |
| 05/12/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 35,361.13 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.23 | 35,310.90 |
| 06/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 35,810.90 |
| 06/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 36,310.90 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.57 | 36,261.33 |
| 07/15/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 36,511.33 |
| 07/15/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 36,761.33 |
| 07/15/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 37,011.33 |
| 07/15/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 37,261.33 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.09 | 37,203.24 |
| 08/27/14 | 11004 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2014 FOR CASE #11-10705, Per Order 8/22/2014 14-00002-j7 DOC 9 | 2300-000 | | 51.28 | 37,151.96 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.72 | 37,100.24 |
| 09/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 37,350.24 |
| 09/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 37,600.24 |
| 09/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 37,850.24 |
| 09/16/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 38,100.24 |

Subtotals : $8,500.00 $495.77

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-10705 | | Trustee: | Clarke C. Coll (510150) |
|---|---|---|---|---|
| Case Name: | HUGHES, MARY F | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3365 - Checking Account |
| Taxpayer ID #: | **-***5282 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 02/16/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.55 | 38,042.69 |
| 10/10/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 38,542.69 |
| 10/10/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 500.00 | | 39,042.69 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.35 | 38,985.34 |
| 11/24/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 39,235.34 |
| 11/24/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 39,485.34 |
| 11/24/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 39,735.34 |
| 11/24/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 39,985.34 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.56 | 39,934.78 |
| 12/09/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 40,184.78 |
| 12/09/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 40,434.78 |
| 12/09/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 40,684.78 |
| 12/09/14 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 40,934.78 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.10 | 40,868.68 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.78 | 40,809.90 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.78 | 40,755.12 |
| 03/10/15 | {14} | Randy Atwood | Note Payments | 1221-000 | 3,000.00 | | 43,755.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.40 | 43,689.72 |
| 04/29/15 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 43,939.72 |
| 04/29/15 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 44,189.72 |
| 04/29/15 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 44,439.72 |
| 04/29/15 | {14} | Randy Atwood | Note Payment | 1221-000 | 250.00 | | 44,689.72 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.84 | 44,626.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.04 | 44,564.84 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.37 | 44,496.47 |
| 07/10/15 | {14} | Randy Atwood DBA Atwood Agency | Note payment for May and partial payment of settlement per DOC 43 | 1221-000 | 2,000.00 | | 46,496.47 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.85 | 46,428.62 |
| 08/11/15 | 11005 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/11/2015 FOR CASE #11-10705, Blanket Bond payment per Order 8/10/2015 | 2300-000 | | 29.19 | 46,399.43 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.53 | 46,334.90 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.09 | 46,263.81 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.54 | 46,197.27 |
| 11/05/15 | {14} | Randy Atwood | Partial payment on settlement-DOC 43 | 1221-000 | 12,000.00 | | 58,197.27 |
| 11/20/15 | {14} | Randy Atwood | Final payment on settlement (DOC #43) | 1221-000 | 12,000.00 | | 70,197.27 |

Subtotals : $33,000.00 $902.97

{} Asset reference(s) Printed: 02/16/2016 08:21 AM V.13.25

Case 11-10705-t7    Doc 54    Filed 02/16/16    Entered 02/16/16 11:31:24 Page 9 of 15

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 11-10705 | Trustee: | Clarke C. Coll (510150) | |
| Case Name: | HUGHES, MARY F | Bank Name: | Rabobank, N.A. | |
| | | Account: | ******3365 - Checking Account | |
| Taxpayer ID #: | **-***5282 | Blanket Bond: | $1,000,000.00 (per case limit) | |
| Period Ending: | 02/16/16 | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.76 | 70,117.51 |
| 12/02/15 | {14} | Randy Atwood | Reversed Deposit 100032 1 Final payment on settlement (DOC #43) Check was NSF-Not Sufficient Funds | 1221-000 | -12,000.00 | | 58,117.51 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.26 | 58,023.25 |
| 01/05/16 | 11006 | Coll Bros. Law , LLC | Alloowed Attorney Fees and Cost per Order 1/4/2016 DOC#53 | | | 3,306.39 | 54,716.86 |
| | | | Attorney Fees per Order 3,025.00 DOC#53 | 3110-000 | | | 54,716.86 |
| | | | Tax on Fees per Order 226.91 DOC#53 | 3120-000 | | | 54,716.86 |
| | | | Actual Costs per Order 54.48 DOC#53 | 3120-000 | | | 54,716.86 |
| 01/11/16 | {14} | Randy Atwood | Final payment on settlement | 1221-000 | 12,000.00 | | 66,716.86 |
| 01/21/16 | {14} | Randy Atwood | Reversed Deposit 100033 for insufficient funds - Final payment on settlement | 1221-000 | -12,000.00 | | 54,716.86 |
| 01/25/16 | {14} | Randy Atwood | Final payment on settlement | 1221-000 | 12,000.00 | | 66,716.86 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 72,034.11 | 5,317.25 | $66,716.86 |
| | Less: Bank Transfers | 19,034.11 | 0.00 | |
| | Subtotal | 53,000.00 | 5,317.25 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $53,000.00 | $5,317.25 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******09-65 | 19,500.16 | 466.05 | 0.00 |
| Checking # ******3365 | 53,000.00 | 5,317.25 | 66,716.86 |
| | $72,500.16 | $5,783.30 | $66,716.86 |

# Exhibit C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 19, 2011

**Case Number:** 11-10705  
**Debtor Name:** HUGHES, MARY F

Page: 1

**Date:** February 16, 2016  
**Time:** 08:21:47 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | Clarke C. Coll<br>PO Box 2288<br>Roswell, NM 88202-2288 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 66431.12] | $6,571.56 | $0.00 | 6,571.56 |
| 200 | Clarke C. Coll<br>PO Box 2288<br>Roswell, NM 88202-2288 | Admin Ch. 7 | | $831.49 | $0.00 | 831.49 |
| BOND<br>200 | International Sureties, LTD<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $29.19 | $29.19 | 0.00 |
| BOND-1<br>200 | International Sureties, LTD<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $51.28 | $51.28 | 0.00 |
| BOND-1<br>200 | International Sureties, Ltd.<br>203 Carondelet Street Ste 500<br>New Orleans, LA 70130 | Admin Ch. 7 | | $12.12 | $12.12 | 0.00 |
| BOND-1<br>200 | International Sureties, Ltd.<br>203 Carondelet Street Ste 500<br>New Orleans, LA 70130 | Admin Ch. 7 | | $24.56 | $24.56 | 0.00 |
| 2 -1<br>100 | Lea County State Bank<br>1017 N Turner<br>Hobbs, NM 88240 | Secured | CLaim filed as secured and will not be paid. | $0.00 | $0.00 | 0.00 |
| 1 -2<br>610 | Ally Financial Inc. f/k/a GMAC Inc.<br>P O Box 130424<br>Roseville, MN 55113 | Unsecured | 10/26/2011 Amendment 1-2 imported | $17,959.10 | $0.00 | 17,959.10 |
| 3 -1<br>610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $268.59 | $0.00 | 268.59 |
| 4 -1<br>610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,568.40 | $0.00 | 1,568.40 |
| 5 -1<br>610 | M&I<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water Street<br>Milwaukee, WI 53202-3593 | Unsecured | | $16,515.56 | $0.00 | 16,515.56 |
| 6 -1<br>610 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, IA 52408-8026 | Unsecured | | $16,149.93 | $0.00 | 16,149.93 |
| 1I-2<br>640 | Ally Financial Inc. f/k/a GMAC Inc.<br>P O Box 130424<br>Roseville, MN 55113 | Unsecured | | $268.11 | $0.00 | 268.11 |
| 3I-1<br>640 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $4.01 | $0.00 | 4.01 |

# Exhibit C
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 19, 2011

**Case Number:** 11-10705
**Debtor Name:** HUGHES, MARY F

Page: 2

**Date:** February 16, 2016
**Time:** 08:21:47 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I-1<br>640 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $23.41 | $0.00 | 23.41 |
| 5I-1<br>640 | M&I<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water Street<br>Milwaukee, WI 53202-3593 | Unsecured | | $246.56 | $0.00 | 246.56 |
| 6I-1<br>640 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, IA 52408-8026 | Unsecured | | $241.10 | $0.00 | 241.10 |
| SURPLUS-1<br>650 | HUGHES, MARY F<br>P.O. BOX 1962<br>3528 E. NADINE RD<br>HOBBS, NM 88241 | Unsecured | | $6,069.04 | $0.00 | 6,069.04 |
| << Totals >> | | | | 66,834.01 | 117.15 | 66,716.86 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10705
Case Name: HUGHES, MARY F
Trustee Name: Clarke C. Coll

**Balance on hand:** $ 66,716.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-1 | Lea County State Bank | 6,239.34 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 66,716.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Clarke C. Coll | 6,571.56 | 0.00 | 6,571.56 |
| Trustee, Expenses - Clarke C. Coll | 831.49 | 0.00 | 831.49 |

Total to be paid for chapter 7 administration expenses: $ 7,403.05
Remaining balance: $ 59,313.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 59,313.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 59,313.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 52,461.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -2 | Ally Financial Inc. f/k/a GMAC Inc. | 17,959.10 | 0.00 | 17,959.10 |
| 3 -1 | eCAST Settlement Corporation | 268.59 | 0.00 | 268.59 |
| 4 -1 | eCAST Settlement Corporation | 1,568.40 | 0.00 | 1,568.40 |
| 5 -1 | M&I | 16,515.56 | 0.00 | 16,515.56 |
| 6 -1 | Toyota Motor Credit Corporation (TMCC) | 16,149.93 | 0.00 | 16,149.93 |

Total to be paid for timely general unsecured claims: $ 52,461.58
Remaining balance: $ 6,852.23

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 6,852.23

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 6,852.23

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $783.19.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,069.04.

**UST Form 101-7-TFR (05/1/2011)**