# Notice Recipients

District/Off: 1084–1     User: frances     Date Created: 3/16/2016
Case: 11–10705–t7     Form ID: pdfor1     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Clarke C. Coll     clarkecoll@gmail.com
aty     Alice Nystel Page     Alice.N.Page@usdoj.gov
aty     Clarke C. Coll     clarkecoll@gmail.com

TOTAL: 3